UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Magistrate Case No.
                                     )
            Plaintiff,               )   08 MJ 2653
                                     )
        v.                           )   COMPLAINT FOR VIOLATION OF:
                                     )
Daniel GONZALEZ,                     )   Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)
                                     )   Transportation of Illegal
                                     )   Aliens
                                     )
            Defendant(s)             )
                                     )

FILED
2008 AUG 28 AM 10: 43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **August 26, 2008**, within the Southern District of California, defendant **Daniel GONZALEZ** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **B. D. Z-V (a juvenile male) and A. M. M-H (a juvenile female),** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **AUGUST, 2008.**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Daniel GONZALEZ

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **B. D. Z-V (a juvenile male) and A. M. M-H (a juvenile female)**, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 26, 2008, Field Operations Supervisor (FOS) M. Gonzalez was observing traffic traveling north on Interstate 5 near the San Clemente, California Border Patrol Checkpoint. FOS Gonzalez was in full uniform and was driving a fully marked service sedan. Agent Gonzalez observed a black in color Ford Expedition approach his fixed location. As the vehicle was approaching, Agent Gonzalez observed the driver look directly at him and then appear to mouth "Oh Shit." He then turned quickly and looked straight ahead. FOS Gonzalez pulled out of his fixed location and pulled up along side of the suspect vehicle. As FOS Gonzalez was pulling along side he observed the driver turn his head to the right and he appeared to be saying something over his shoulder. FOS Gonzalez then observed two small children that were sitting in the rear seat duck down below the window sill in an attempt to hide from view. FOS Gonzalez decided to conduct a vehicle stop in order to check the immigration status of the occupants.

FOS Gonzalez activated his emergency equipment at which time the vehicle pulled over and stopped on the shoulder of Interstate 5 at the Cristianitos Road Exit in San Clemente, California. FOS Gonzalez exited his vehicle and approached the suspect vehicle from the passenger side. As he was approaching he observed the heads of two small children. The children then began pretending as if they were sleeping. As FOS Gonzalez continued his approach he was overwhelmed by a strong odor of marijuana coming from the inside of the suspect vehicle. FOS Gonzalez identified himself as a United States Border Patrol Agent and conducted an immigration inspection of the driver. The driver, identified as **Daniel GONZALEZ**, provided only a Mexican Drivers license and stated that his wife had his immigration paperwork. FOS Gonzalez continued questioning the defendant, which at this time he admitted to being a citizen of Mexico illegally present in the United States. At approximately 5:00 pm the defendant was placed under arrest for being illegally present in the United States. FOS Gonzalez suspected that the two small children were also illegally present in the United States and that this incident was a smuggling event. The driver and the small children were all transported to the San Clemente Border Patrol Station for further investigation.

While in transit to the Border Patrol Station, defendant Gonzalez stated to FOS Gonzalez that he knew what he did was wrong and he was only doing it for the money. FOS did not provoke this, nor did he ask any questions after the statement was made but defendant Gonzalez continued to make statements. Defendant Gonzalez stated that he lost his job and really needed the money and that is the only reason he did it

**CONTINUATION OF COMPLAINT:**
Daniel GONZALEZ

## MATERIAL WITNESSES STATEMENTS: B. D. Z.-V. ( a juvenile male)

B.D. Z.-V. stated that he and his juvenile aunt, age ten, A.M. M.-H., flew from Guadalajara, Jalisco, Mexico to Tijuana, Baja California, Mexico accompanied by their grandmother JIMENEZ-Carrillo, Guadalupe. After arriving in Tijuana they went to visit their cousin Cristian in Ensenada, BC, Mexico for approximately five days until his aunt Carla Munoz arrived. Carla took them to a house in Tijuana where a man named Juan lives. B.D. Z.-V. stated that he stayed at various houses in Tijuana before and man named LARRY gave him a birth certificate in the name Gerardo Antonio CAMARILLO-Palomares. B.D. Z.-V. stated that LARRY told him to memorize all the information on the birth certificate on the way to the port of entry just in case he got questioned by the Customs and Border Protection Agent. B.D. Z.-V. stated that when they arrived at the San Ysidro port of entry LARRY told him to follow a lady who was waiting for them and to mingle in with students also crossing the border on foot. LARRY also told him not to identify the lady if he got stopped and to tell them he was on his way to school in San Ysidro. B.D. Z.-V. stated that he was stopped and questioned by a Customs Inspector and was referred to secondary where he answered all the questions they asked and was released. After crossing he followed the lady on to the trolley and exited at the Beyer Avenue trolley station. B.D. Z.-V. followed the lady afoot to a house the trolley station where he slept for a few hours until he was taken by the lady to a recreation park where he played for approximately one hour until MUNOZ, Andrea arrived. B.D. Z.-V. stated that a man in a black Ford Expedition, later identified as GONZALEZ-Esparza, Daniel arrived at the park and both he and MUNOZ, Andrea got in the vehicle and were taken to a "McDonald's and then to GONZALEZ'S house. They waited in the vehicle for approximately fifteen minutes while GONZALEZ went in the house. Once GONZALEZ returned he told them that the next stop was Los Angeles. B.D. Z.-V. stated that he fell asleep in the vehicle until the Border Patrol stopped them.

## MATERIAL WITNESSES STATEMENTS: A. M. M-H (a juvenile female)

A.M. M.-H. stated that she entered the United States as a passenger in a vehicle through the San Ysidro Port of Entry at approximately 3:00PM on 8/26/2008. MUNOZ stated that the female driver gave her a U.S. birth certificate to memorize while in the vehicle. MUNOZ stated that she fell asleep in the vehicle and that she was not questioned by a Customs Inspector. MUNOZ stated that she was taken to a park where B.D. Z.-V. was and that they both got in the vehicle with GONZALEZ. MUNOZ stated that she fell asleep in the vehicle until the Border Patrol stopped them.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/28/08
Date